UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATEO EDUARDO JACINTO SILVESTRE,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LaROSE,<br><br>Respondent. | Case No.: 26-cv-1952-JES-SBC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

Before the Court is Petitioner Mateo Eduardo Jacinto Silvestre's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner, a native of Guatemala, alleges that he initially entered the United States on June 14, 2021, and was detained on October 14, 2025 during a traffic stop. *Id.* ¶ 20. Petitioner further alleges that he received a bond hearing on January 15, 2026 but it was denied by the Immigration Judge ("IJ"), stating that Petitioner was not part of the *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). *Id.* at 18.

Pursuant to the Court's OSC order, Respondent filed a return, and Petitioner filed a traverse. ECF Nos. 4, 5. In the return, Respondent acknowledges that Petitioner is part of the *Maldonado Bautista* class and that prior orders from this district have directed bond hearings in similar cases and that Respondent does not oppose a bond hearing. ECF No. 4.

26-cv-1952-JES-SBC

Accordingly, the Court **GRANTS** the petition, and **ORDERS** as follows:

(1) The Court **ORDERS** Respondents to provide Petitioner with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order. At the hearing, Respondents must provide Petitioner with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the bond based on a finding of lack of jurisdiction or lack of membership in the *Maldonado Bautista* class; and

(2) Respondents are **ORDERED** to File a Notice of Compliance within **five days** of providing Petitioner with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: April 6, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-1952-JES-SBC